```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

**LARRY BATES**                                                                             **PLAINTIFF**

       v.               Civil No. 09-2105

**UNITED STATES OF AMERICA**                                                   **DEFENDANT**

### O R D E R

Now on this 14th day of October, 2010, comes on for consideration plaintiff's **Motion For Substitution Of Parties** (document #16), and the Court, being well and sufficient advised, finds that said motion should be, and same hereby is, **granted**.

**IT IS THEREFORE ORDERED** that Shirley Bates, Special Administrator of the Estate of Larry Bates, Deceased, is substituted as party plaintiff in this matter for Larry Bates.

**IT IS SO ORDERED.**

                                                   /s/ Jimm Larry Hendren
                                                   JIMM LARRY HENDREN
                                                   UNITED STATES DISTRICT JUDGE